

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

CARLA DENITA MUSE             Case No. 16-13256-JDW
CHRISTOPHER MUSE

Debtors             Chapter 13

### ORDER GRANTING MOTION TO SHORTEN NOTICE TIME REGARDING MOTION TO BORROW (DKT. # 103)

This matter is before the Court on the Motion to Shorten Notice Time regarding Debtor's[1] **Motion to Borrow** filed on **March 19, 2019** (the "Motion to Shorten") (Dkt. # **103**). The Court has reviewed the Motion to Shorten and finds it well-taken. Accordingly, is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Shorten (Dkt. # **103**) is **GRANTED.** The Debtor shall serve a copy of the **Motion to Borrow** (Dkt. # **100**) and the Notice issued by the Court on all parties within three days of the entry of this Order, and the response deadline shall be the 13th day following entry of this Order.

##END OF ORDER##

**Submitted by:**

/s/Robert H. Lomenick_____
**KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 39635
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEY FOR DEBTORS**

---

[1] All references to "Debtor" shall refer to both debtors in a case filed jointly by two individuals.