CM/ECF hrg11
(Rev. 07/22/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Carla Denita Muse and Christopher Muse<br>Debtor(s) | ) ) ) ) ) | Case No.: 16–13256–JDW<br>Chapter: 13<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 5/14/19 at 01:30 PM

Responses Due: 4/2/19

to consider and act upon the following:

*102* – Motion to Borrow Filed by Robert H. Lomenick Jr. on behalf of Carla Denita Muse, Christopher Muse. (Lomenick, Robert)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 3/20/19

                                            Shallanda J. Clay
                                            Clerk, U.S. Bankruptcy Court
                                        BY: LJB
                                                 Deputy Clerk