# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Carla Denita Muse / Christopher Muse**, Debtor(s)

Case No. **16-13256**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 21, 2019**, a copy of **Notice of Motion to Borrow, Motion to Borrow, Responses Due 4/2/19** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**\*\*All Creditors on the attached matrix\*\***

/s/ Robert H. Lomenick
**Robert H. Lomenick 104186**
**Schneller & Lomenick, P.A.**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224 Fax:662-252-2858**
**rlomenick@gmail.com**