

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: CARLA MUSE**                                              **CHAPTER 13**
**CHRISTOPHER MUSE**

**DEBTORS**                                                          **CASE NO. 16-13256-JDW**

### ORDER FOR PERMISSION TO BORROW [DKT. # 102]

**THIS CAUSE** came before the Court on a motion by Debtors for permission to borrow money for the sole purpose of obtaining a vehicle.  No timely responses were filed.                (JDW)

**IT IS THEREFORE ORDERED** that Debtors are granted permission to obtain financing for a vehicle in the amount of $11,575.00 and to make payments outside the Chapter 13 Plan as they become due.  Said payments shall not exceed $400.00 per month.

The authority granted by the Court in this Order is conditioned upon the Debtor filing a motion to modify to surrender the vehicle currently being paid for through the plan. (JDW)

#ENDOFORDER#

**Submitted by:**

/s/Robert H. Lomenick
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 39635**
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com
**ATTORNEY FOR DEBTORS**