___



**SO ORDERED,**

*Jason D. Woodard*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: CARLA DENITA MUSE**                                  **CHAPTER 13**
**AND CHRISTOPHER MUSE**

**DEBTORS**                                                    **CASE NO. 16-13256-JDW**

**GRANTING MOTION TO MODIFY (JDW)**

**ORDER ~~CONFIRMING MODIFIED~~ CHAPTER 13 PLAN [DKT. # 100]**

This matter came ~~on the __ day~~ *before the Court* on the Motion of Carla Denita Muse and (JDW) Christopher Muse requesting the issuance of an order directing modification of Chapter 13 Plan after confirmation, and it appearing unto the Court ~~as follows, to-wit:~~ *that no timely responses have been filed, the Motion is due to be granted. (JDW)*

1. ~~That Debtors' Chapter 13 Plan was confirmed on April 19, 2017 [DKT. #93], providing for a plan period of 60 months and a total distribution of $4,900.00 to unsecured creditors.~~

2. ~~The Debtors' confirmed plan allows for payment of $6,862.30 to Jefferson Capital Systems for a 2007 Toyota Camry.~~ (JDW)

3. ~~The 2007 Toyota Camry was recently involved in an accident and declared a total loss. The Debtors' insurance partially paid the claim of Jefferson Capital Systems. Therefore, Debtors would request cessation of payments to Jefferson Capital Systems for the above referenced 2007 Toyota Camry, and abandonment of the vehicle from the case.~~

~~A. That the Debtors request the extended claim of Jefferson Capital Systems (Claim #12-2~~

~~be treated as a general unsecured claim.~~ (JDW)

~~B. Further, the Debtors request their distribution to unsecured creditors remain the same.~~

IT IS, THEREFORE, ORDERED, that Debtors' Chapter 13 Plan **(Dkt. #93)** is modified to ~~XXXXXX~~ reclassify the amended secured claim of Jefferson Capital to an unsecured claim and that the distribution to unsecured creditors remain the same.

#ENDOFORDER#

**Submitted by:**

**/s/Robert H. Lomenick**
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 39635**
**662-252-3224/karen.schneller@gmail.com**
**rlomenick@gmail.com**
**ATTORNEY FOR DEBTORS**